James F. Monagle, Esq. (SBN 236638)
MULLEN COUGHLIN LLC
309 Fellowship Road, Suite 200
Mt. Laurel, NJ 08054
T: 267-930-1529
jmonagle@mullen.law
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BLANCO and RAFAEL BLANCO, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DIALAMERICA MARKETING, INC.,<br><br>    Defendant. | Case No.: **'22CV1057 CAB BLM**<br>[San Diego Superior Court No. 38-2022-00021920-CU-BC-CTL[<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1453** |

**TO ALL PLAINTIFFS AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant DialAmerica Marketing, Inc. ("DialAmerica"), hereby removes to this Court the state action captioned *Daniel Blanco and Rafael Blanco, individually and on behalf of all others similarly situated v. DialAmerica Marketing, Inc.*, Case No. 37-2022-00021920-CU-BC-CTL, filed in the Superior Court for the State of California, County of San Diego, pursuant to 28 U.S.C. §§ 1441(a) and 1453(b).

**I.    BACKGROUND**

1.    On June 8, 2022, Plaintiffs Daniel Blanco and Rafael Blanco (collectively, "Plaintiffs") filed the complaint in this action against DialAmerica in

the Superior Court for the State of California, County of San Diego ("Complaint"). A copy of the Complaint is attached as Exhibit A to this Notice.

2. According to the Complaint, Plaintiffs are both California citizens.

3. DialAmerica is a Delaware corporation with its principal place of business in Mahway, New Jersey.[1]

4. In the Complaint, Plaintiffs allege that the action "arises out of the recent data breach ("Data Breach") involving Defending DialAmerica, a for-profit call center outsourcing services company headquartered in Mahway, New Jersey." Complaint, ¶ 1.

5. The Complaint further alleges that "DialAmerica failed to reasonably secure, monitor, and maintain Personally Identifiable Information ("PII") provided by current and former employees…As a result, Plaintiffs and other impacted individuals suffered present injury and damages…" *Id.* ¶ 2.

6. Plaintiffs assert causes of action for (i) negligence; (ii) breach of implied contract; (iii) unjust enrichment; (iv) negligence *per se*; and (v) Unfair Business Practices pursuant to Cal. Bus. & Prof. Code, § 17200, *et seq.*

7. Plaintiffs seek to represent a putative nationwide class consisting of "[a]ll persons DialAmerica Marketing, Inc. identified as being among those individuals impacted by the Data Breach, including all who were sent a notice of the Data Breach," as well as a California subclass of "[a]ll persons with the State of California that DialAmerica Marketing, Inc. identified as being among those individuals impacted by the Data Breach, including all who were sent a notice of the Data Breach," Complaint, ¶ 97.

8. DialAmerica has not filed a responsive pleading or otherwise responded to the Complaint in the state court action.

---

[1] DialAmerica does not concede this this Court or the state court has personal jurisdiction over it, and reserves such defense to be raised in its responsive pleading.

9. This Notice of Removal is timely because it has been filed within thirty (30) days of June 21, 2022, which is the date on which DialAmerica was served with the Complaint in the state court action.

10. Removal to this Court is proper because it is the "district…embracing the place" in which the state court action is pending. 28 U.S.C. § 1441(a).

## II. GROUNDS FOR REMOVAL

11. Jurisdiction in this Court is appropriate under 28 U.S.C. § 1332(d), as amended by the Class Action Fairness Act of 2005 ("CAFA") because this matter involves a putative class action, and (1) a member of the class of plaintiffs is a citizen of a state different from DialAmerica ("minimum diversity"); (2) the number of proposed class members of 100 or more; and (3) the amount in controversy as pled exceeds $5 million in the aggregate, exclusive of interest and costs. *See* 28 U.S.C. §§ 1332(d)(2), 1332(d)(5)(B), and 1332(d)(6).

12. DialAmerica is a Delaware corporation with its principal place of business in New Jersey. Complaint, ¶ 13. Plaintiffs allege that they are citizens of California. *Id.* ¶¶ 9, 11. Accordingly, minimum diversity is achieved because members "of a class of plaintiffs [are] citizen[s] of a State different from" DialAmerica. *See* 28 U.S.C. § 1332(d)(2).

13. The number of proposed class members is 100 or more, as Plaintiffs allege that "reports indicate thousands of individuals had their PII compromised in this Data Breach." Complaint, ¶ 99.

14. The amount in controversy exceeds $5 million in the aggregate, exclusive of interests and costs. Plaintiffs seek actual, statutory, nominal, and consequential damages on behalf of the "thousands of individuals" allegedly affected nationwide by the subject incident. Plaintiffs seek injunctive relief requiring DialAmerica to take numerous costly measures related to the protection of the putative class members' personal information.

15. Upon filing this Notice of Removal in this Court, DialAmerica will file a true and correct copy of the Notice with the Clerk of the Superior Court of California, County of San Diego, and will give written notice to Plaintiffs. *See* 28 U.S.C. § 1446(d).

Dated: July 20, 2022

/s/ *James F. Monagle*_____
James F. Monagle
jmonagle@mullen.law
**MULLEN COUGHLIN LLC**
309 Fellowship Rd., Suite 200
Mt. Laurel, NJ  08054
Telephone: (267) 930-1529
Facsimile: (267) 930-4771

***Attorneys for Defendant
DialAmerica Marketing, Inc.***

.

**PROOF OF SERVICE**

The undersigned attorney hereby certified that, on July 20, 2022, I served the foregoing Notice of Removal via email and U.S. mail on counsel of record listed below:

> Bibianne U. Fell, Esq.
> Marlee A. Horwitz, Esq.
> FELL LAW, P.C.
> 11956 Bernardo Plaza Dr., Box 531
> San Diego, CA 92128
> bibi@fellfirm.com
> marlee@fellfirm.com
>
> William B. Federman
> Federman & Sherwood
> 10205 N. Pennsylvania Ave.
> Oklahoma City, OK 73120
> wbf@federmanlaw.com
>
> A. Brooke Murphy
> Murphy Law Firm
> 4116 Will Rogers Pkwy, Suite 700
> Oklahoma City, OK 73108
> abm@murphylegalfirm.com
>
> *Counsel for Plaintiffs*

                                           */s/ James F. Monagle*
                                           James F. Monagle