UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BLANCO and RAFAEL BLANCO,<br><br>Plaintiffs,<br><br>v.<br><br>DIALAMERICA MARKETING, INC.,<br><br>Defendant. | Case No.: 22-CV-1057-CAB-BLM<br><br>**REMAND ORDER** |

Plaintiffs filed this putative class action in San Diego County Superior Court asserting claims under California law arising out of an alleged data breach. The complaint is silent as to the amount of the named plaintiffs' alleged damages or as to the amount in controversy with respect to the putative class and the Court was not convinced that it adequately alleges any concrete and particularized injuries for which either named plaintiff has Article III standing. Notwithstanding the foregoing, Defendant removed the complaint to federal court, contending that this Court has subject matter jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d) ("CAFA").

Because the notice of removal provides no further information than does the complaint as to how the amount in controversy in this case exceeds $5,000,000, the Court ordered Defendant to show cause, on or before July 29, 2022, why this case should not be

1

remanded for lack of subject matter jurisdiction because the amount in controversy does not exceed $5,000,000, as required under CAFA, and because the complaint does not adequately allege a concrete and particularized injury, as required for Article III standing. The order stated that failure to respond "will be deemed a concession that the Court lacks subject matter jurisdiction and result in remand to San Diego County Superior Court." [Doc. No. 2.]

The July 29, 2022, deadline passed without a response from Defendant. Instead of responding, Defendant filed a motion to dismiss for lack of personal jurisdiction and for failure to state a claim. Defendant's motion does not acknowledge or address the order to show cause or the Court's concerns about the existence of subject matter jurisdiction. In light of Defendant's involvement in this case, including filing a motion after the order to show cause issued, and the express language of the order to show cause, the Court concludes that Defendant intentionally did not respond to the order to show cause because it concedes that subject matter jurisdiction is lacking. Accordingly, in light of Defendant's implicit concession that this Court does not have subject matter jurisdiction, which means the removal was improper, it is hereby **ORDERED** that this case is **REMANDED** to San Diego County Superior Court.

It is **SO ORDERED**.

Dated: August 1, 2022

Hon. Cathy Ann Bencivengo
United States District Judge